NO CV30

IFP SUBMITTED/RELATED DDJ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**MICHAEL D. REEVES,**
1550 Washington Street
San Diego, CA 92103
Pro Se Plaintiff,

v.

**DEPARTMENT OF HOMELAND SECURITY (DHS),**
**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),**
and **Does 1–50, inclusive,**
Defendants.

Case No.: ___2:25-cv-09818-FWS-DFM___

---

FILED
CLERK, U.S. DISTRICT COURT
10/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___EC___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

---

# COMPLAINT FOR DAMAGES, DECLARATORY, AND INJUNCTIVE RELIEF

## I. INTRODUCTION

1. This is an extraordinary case of decades-long harassment, targeting, and abuse perpetrated by federal immigration authorities against **Michael D. Reeves**, a lawfully present immigrant, disabled crime survivor, and long-time victim of retaliation for exercising his legal rights.

2. Defendants, acting under color of federal authority, have engaged in a calculated campaign to intimidate, monitor, and deprive Plaintiff of his basic rights, including liberty, property, safety, and access to subsistence resources.

3. Plaintiff has been subjected to:

   o  Continuous 24/7 surveillance, including aerial and electronic monitoring;

   o  Interference with housing, business, public benefits, and medical care;

   o  Retaliation for filing lawsuits and asserting constitutional rights;

   o  Deliberate attempts to deprive him of clothing, food, and medical care, leaving him homeless, destitute, and in imminent danger.

4. This complaint seeks redress for the systemic abuse and to compel Defendants to cease their unlawful conduct, while holding them accountable under federal law.

---

## II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction under **28 U.S.C. §§ 1331, 1343, and 1361**, as this action arises under the U.S. Constitution and federal law.

6. Venue is proper under **28 U.S.C. § 1391(e)** because Plaintiff resides in San Diego, California, and a substantial portion of the events giving rise to this complaint occurred in this district.

7. Plaintiff files this action **pro se** and has exhausted no administrative remedies because federal authorities acting under color of law have intentionally interfered with and retaliated against him, making such remedies futile.

## III. PARTIES

8. **Plaintiff Michael D. Reeves** is a disabled lawfully present immigrant residing in San Diego, California. Plaintiff is a survivor of multiple violent attacks, including being shot multiple times, and suffers ongoing medical issues from these injuries.

9. **Defendant Department of Homeland Security (DHS)** is a federal agency charged with enforcing U.S. immigration laws.

10. **Defendant U.S. Immigration and Customs Enforcement (ICE)** is a federal agency within DHS responsible for immigration enforcement and investigations.

11. **Does 1–50** are unidentified agents or contractors working under DHS or ICE who have participated in surveillance, harassment, and interference with Plaintiff's life, housing, and benefits.

## IV. FACTUAL BACKGROUND

### A. Immigration History and Prior Relief

12. Plaintiff first entered the United States on April 26, 1986. His mother, a U.S. citizen, began a petition for permanent residency in 1992.

13. A prior conviction in 1989 delayed Plaintiff's immigration process. Plaintiff has no criminal convictions since 1990.

14. Plaintiff was previously deported under questionable conditions and re-entered the United States. Charges for re-entry were later dismissed.

15. Plaintiff applied for asylum under **8 U.S.C. § 1158**, was found credible during a reasonable fear interview, and in August 2019 was granted **deferral of removal** by the U.S. Immigration Court in New York City.

---

**B. Prior Injury and Harassment**

16. During the immigration arrest leading to his asylum case, Plaintiff suffered a **broken right shoulder and fracture** and was initially denied medical treatment while detained. Emergency surgery was eventually performed.

17. Plaintiff filed civil suits in the **District of New Jersey** regarding these injuries; that case remains pending.

18. Despite prevailing in immigration proceedings, Plaintiff has been subjected to **ongoing harassment, surveillance, and retaliation** nationwide.

---

**C. Pattern of Harassment and Targeting**

19. Plaintiff has been targeted in **New York, Washington D.C., Maryland, North Carolina, and California**, including interference with housing, benefits, business, and communications.

20. Defendants' harassment includes:

- Aerial and electronic surveillance,
- Disruption of personal communications and medical access,
- Targeting of Plaintiff's businesses, property, and assets,
- Retaliation for prior lawsuits and civil rights assertions.

---

**D. Recent California Harassment: General Relief Deprivation Timeline**

21. In June 2025, Plaintiff fled New York following assaults and threats to his life. He relocated to Los Angeles and was approved for **General Relief (GR), Medi-Cal, and CalFresh** benefits.

22. In August 2025, Plaintiff relocated to San Diego, notifying Los Angeles DSS and requesting transfer of benefits. He was informed that Los Angeles benefits would end on **August 30, 2025**, and San Diego benefits would begin immediately thereafter.

23. On **August 30, 2025**, Plaintiff's Los Angeles benefits were **canceled without payment**, based on false claims of "active ongoing benefits in San Diego," which had **not yet been**

**issued**.

24. Plaintiff contacted Ms. Jadira Tello at San Diego DSS, was advised to reapply, and promised emergency assistance. Despite timely submission and proof of lawful immigration status, Plaintiff experienced repeated delays, arbitrary requests (including filing for unemployment in New York), and ultimately **denial on September 10, 2025**.

25. Plaintiff was left without **food, water, laundry, basic hygiene, phone access, or medical care**, in violation of his rights under the **Fourteenth Amendment** and federal civil rights statutes.

26. This denial constitutes **discrimination, deliberate indifference to disability, and arbitrary deprivation of property**.

---

## V. CAUSES OF ACTION

**Count 1: Violation of the Fourth Amendment**

27. Defendants engaged in **unlawful surveillance** and monitoring of Plaintiff without probable cause or judicial authorization, violating his right to privacy.

**Count 2: Violation of the Fifth Amendment**

28. Plaintiff's liberty and property, including access to public benefits and safe housing, were arbitrarily denied by federal authorities without due process.

**Count 3: Violation of the Fourteenth Amendment (Equal Protection and Due Process)**

29. Plaintiff was discriminated against based on **disability and immigration status**, receiving disparate treatment from similarly situated individuals.

**Count 4: Bivens / Civil Rights Violations**

30. Defendants, acting under color of federal law, directly caused harm to Plaintiff through harassment, retaliation, and deprivation of rights, giving rise to Bivens liability.

**Count 5: Violations of Administrative Procedure Act (APA)**

31. Defendants acted **arbitrarily and capriciously**, interfering with lawful access to public benefits and failing to follow proper procedures.

**Count 6: Intentional Infliction of Emotional Distress**

32. The sustained, targeted harassment, deprivation, and surveillance caused **severe emotional and psychological harm**, constituting intentional infliction of emotional distress.

---

## VI. INJURIES AND HARM

33. Loss of **business, property, and income**.

34. Deprivation of **basic necessities** (food, water, clothing, medical care).

35. Ongoing **psychological trauma**, anxiety, and physical health deterioration.

36. Pattern of harassment demonstrates **systematic targeting** rather than isolated administrative errors.

## VII. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Declare Defendants' conduct **unlawful and unconstitutional**;

2. Issue **injunctive relief** prohibiting further harassment, surveillance, or interference with
   Plaintiff's benefits, housing, or livelihood;

3. Compel Defendants to **restore access to all benefits** and ensure timely issuance;

4. Award **compensatory and punitive damages**, as determined by the Court;

5. Grant **any further equitable relief** the Court deems just and proper.

---

## VIII. VERIFICATION AND PRO SE SIGNATURE

I, **Michael D. Reeves**, declare under penalty of perjury that the facts stated herein are true and
correct to the best of my knowledge.

Dated: October ___, 2025

/s/ Michael D. Reeves

**Pro Se Plaintiff**

1550 Washington Street

San Diego, CA 92103

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

**Michael Reeves,**
       Plaintiff,

v.

**Jadira Tello**                 Case No.: _____
**Janel Moreno**
**David Sagaz**
**County of San Diego Health & Human Services Agency**
**and Does 1–10,**
       Defendants.

---

## EMERGENCY EX PARTE APPLICATION AND ORDER TO SHOW CAUSE

## TO COMPEL ISSUANCE OF GENERAL RELIEF BENEFITS

---

## I. INTRODUCTION

Plaintiff **Michael Reeves**, a disabled and lawfully present immigrant who fled violence and harassment in New York and resettled in California, respectfully seeks an **emergency order** compelling the **San Diego County Department of Social Services (DSS)** to **immediately issue General Relief (GR) benefits** wrongfully withheld since **August 2025**.

Plaintiff has been left without income, food, or medical-related necessities for over **six weeks**, despite being **eligible** for such benefits and having previously received assistance in **Los Angeles**

**County**. The unlawful discontinuation and refusal to process his benefits have caused extreme

hardship, deprivation, and imminent risk to his life and health.

---

## II. STATEMENT OF FACTS

1. **Background and Immigration Status**

   Plaintiff **Michael Reeves** was granted lawful immigration status by the **U.S.**
   **Immigration Court in New York City** on **August 13, 2019** (see Exhibit A).

2. **Flight from New York and Relocation to California**

   In **June 2025**, Plaintiff fled **New York** after being **assaulted** and fearing for his life

   following a pattern of violence and harassment. Upon arrival, he relocated to **Los**

   **Angeles**, where he was approved for **General Relief**, **CalFresh (food)**, and **Medi-Cal**

   benefits.

3. **Transfer to San Diego**

   Seeking stable housing and safety, Plaintiff relocated to **San Diego** in **JULY 2025** and

   promptly notified **Los Angeles HHS** of the move. He was informed that his **Los Angeles**

   **benefits** would **end on August 30, 2025**, and that **San Diego HSS** would issue new

   benefits immediately thereafter.

4. **Benefits Canceled Without Payment**

   On **August 30, 2025**, the day payment was due, Plaintiff's Los Angeles account was

closed, but **no payment was issued**. HSS representatives claimed that Plaintiff had

"active ongoing benefits in San Diego," which was false — no such benefits had been

approved or issued.

5. **Emergency Request and Reapplication**

Plaintiff immediately contacted **Ms. Jadira Tello**, Program Specialist at San Diego DSS,

to report the situation. He was advised to **reapply** for benefits and was promised

**emergency assistance** due to his lack of funds, disability, and health conditions.

6. **Repeated Delays and Discrimination**

Despite timely reapplication and submission of **immigration documentation**, Plaintiff

was subjected to repeated delays and arbitrary requests, including being told to apply for

**unemployment benefits in New York** — though he had not worked there since **2020**.

He complied, was denied, and submitted proof of denial (Exhibits B–C).

7. **Unlawful Denial**

On **September 10, 2025**, after nearly **two months of waiting**, Plaintiff was informed that

his **General Relief application was denied based on immigration status**, despite being

lawfully present and previously approved for identical benefits in Los Angeles County.

8. **Current Hardship and Danger**

Plaintiff is **disabled**, suffers from **serious medical conditions** stemming from prior

**gunshot injuries**, and has been **left completely destitute**.

He has **no family or support network in California**, and he has **lost all of his
possessions** while trying to rebuild his life.

He was formerly the **owner of Car Zone, Inc.**, a small auto business that became
**defunct due to harassment, crime, and targeted vandalism**.

Currently, Plaintiff has **no clean clothes**, **no gas**, and **no money** for **laundry, soap, or
even basic necessities** such as water or hygiene products.

His **cell phone**, which holds contact information for all of his doctors and caseworkers,
has been **disconnected for nearly a month** because he cannot pay the **$25 bill**.

As a result, he is **cut off from medical care and communication**, cannot contact his
physicians, and faces **serious health risks**.

DSS's refusal to issue benefits constitutes **discrimination**, **deliberate indifference**, and
**gross negligence** toward a vulnerable and disabled individual in crisis.

---

## III. LEGAL GROUNDS FOR RELIEF

1. **Violation of Due Process (14th Amendment)** — Arbitrary deprivation of property
   interest (entitlement to public assistance once qualified).

2. **Violation of Section 504 of the Rehabilitation Act / ADA Title II** — Discrimination
   and deliberate indifference toward a disabled individual seeking equal access to public
   benefits.

3. **Violation of Equal Protection Clause** — Disparate and unjustified treatment compared to similarly situated benefit recipients.

4. **Emergency Equitable Relief** — Immediate injunction warranted where denial of subsistence benefits causes irreparable harm, per *Goldberg v. Kelly*, 397 U.S. 254 (1970).

---

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. **Issue an Emergency Order to Show Cause**, directing the **San Diego County Department of Social Services** to appear and explain why Plaintiff's General Relief benefits should not be immediately reinstated and issued;

2. **Compel DSS** to **release emergency General Relief funds within 48 hours**, pending full adjudication of this action;

3. **Award temporary injunctive relief** preventing further denial or interference with Plaintiff's benefits based on immigration or disability status;

4. **Grant any further relief** the Court deems just and proper in light of the Plaintiff's life-threatening hardship.

---

## V. DECLARATION OF PLAINTIFF MICHAEL REEVES

I, **Michael Reeves**, declare under penalty of perjury under the laws of the United States that the

foregoing facts are true and correct to the best of my knowledge and belief.

Executed this __11__ day of October, 2025,

at San Diego, California.

_____

Michael Reeves, Plaintiff

(Address / Phone / Email if available)

_____

**[PROPOSED ORDER]**

The Court, having reviewed Plaintiff's Emergency Ex Parte Application, finds that immediate and irreparable harm will result if relief is not granted.

Therefore, **Defendant San Diego County Department of Social Services** is hereby **ORDERED TO SHOW CAUSE** why it should not immediately issue General Relief benefits to Plaintiff **Michael Reeves**.

A hearing is set for _____ at _____ a.m. / p.m.

Pending that hearing, DSS is **temporarily ordered** to issue **emergency General Relief funds** sufficient to cover Plaintiff's subsistence needs.

IT IS SO ORDERED.

Dated: _____

_____

UNITED STATES DISTRICT JUDGE

EXHIBIT

IMMIGRATION COURT
201 VARICK ST., RM 1140
NEW YORK, NY  10014

In the Matter of:                        Case No:  A029-892-020

REEVES, MICHAEL DUKE

Applicant                        IN WITHHOLDING-ONLY PROCEEDINGS

On Behalf of the Applicant          On Behalf of the DHS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Aug 13, 2019 and
is issued solely for the convenience of the parties.  If the proceedings
should be appealed or reopened, the oral decision will become the official
opinion in the case.

    ORDER:    It is hereby ordered that the applicant's request for:

    [  ] 1. Withholding of Removal under INA 241(b)(3) is:
            [  ]  Granted
            [  ]  Withdrawn
            [  ]  Denied

    [  ] 2. Withholding of Removal under the Convention Against Torture is:
            [  ]  Granted
            [  ]  Withdrawn
            [  ]  Denied

    (X) 3.  Deferral of Removal under the Convention Against Torture is
            granted.

    Date:  Aug 13, 2019

                                    MIMI TSANKOV
                                    Immigration Judge

APPEAL: NO APPEAL     Reserved by DHS
APPEAL DUE BY:              9-12-19

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer (K) ALIEN's ATT/REP (K) DHS
DATE: ___8 | 13 | 19___ BY: COURT STAFF
    Attachments:  [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

                                                              Q5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (Continuation Page)

| Alien Name | REEVES, MICHAEL DUKE | Picture | Right Index Print |
|---|---|---|---|
| File Number | ▮▮▮▮▮ | | |
| Date | August 14, 2019 | | |
| Alien's Signature | | | |
| Alien's Telephone Number (if applicable) | | | |
| Alien's Address | | | |

**PERSONAL REPORT RECORD**

| Date | Officer | Comment/Changes |
|---|---|---|
| 9/16/2019 | A.D. | No longer required to report work permit Authorized A.D. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | MICHAEL CHARLES | Title | Deportation Officer |
|---|---|---|---|

ICE Form I-220B (10/15)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

Event Number: NYC1806000593

File No.: ▮▮▮▮▮▮▮

Date: August 14, 2019

Name: REEVES, MICHAEL DUKE

On **August 13, 2019**, you were ordered:
(Date of Final Order)

[ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

[x] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[x] That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

[x] That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

[x] That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

[x] That you do not travel outside **New York, Nassau, Suffolk** for more than 48 hours without first having notified this
(Specify geographic limits, if any)
agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

[x] That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.

[x] That you report in person on **09/16/2019 10:00** to this agency office at:
(Day/Date/Time)

**26 Federal PLaza, 9th Floor, RM 9-110 New York, NY 10278**
(Reporting Address)

[x] That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

[ ] Other: _____

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_Thomas Decker_ | DECKER, T 0416
(Signature of ICE Official) | (Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____ | _____ | _____
(Signature of ICE Official Serving Order) | (Signature of Alien) | Date

U.S. Department of Homeland Security

Continuation Page for Form ___I-220B___

| Alien's Name<br>REEVES, MICHAEL DUKE | File Number<br>029 892 020<br>Event No: NYC1806000593 | Date<br>08/14/2019 |
|---|---|---|

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------
26 Federal PLaza, 9th Floor, RM 9-110 New York, NY 10278

| Signature<br>MICHAEL CHARLES | Title<br>Deportation Officer |
|---|---|

___5___ of ___5___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Just
Immigration and Naturalization Service

**Petition for Alien Relative**

OMB #1115-0054

D 09/18/2003   SRC-03-244-50674   ERCTRC02   EXAMI

| Case ID# | Action Stamp SRC420130|031 pd f 10-15-91 | Fee |

APPROVED
U.S. NAC RESEARCH
MAR 12 1992
Recommended by R. Thompson
SRC   3335

A# 

G-28 or Volag #

Section of Law:
- [ ] 201 (b) spouse    [ ] 203 (a)(1)
- [ ] 201 (b) child    [x] 203 (a)(2)
- [ ] 201 (b) parent    [ ] 203 (a)(4)
- [ ] 203 (a)(5)
AM CON: Monrovia/Thle

Petition was filed on: Sep 30,1991 (priority date)
- [ ] Personal Interview    [ ] Previously Forwarded
- [ ] Pet. Ben "A" File Reviewed    [ ] Stateside Criteria
- [ ] Field Investigations    [ ] I-485 Simultaneously
- [ ] 204 (e)(2)(A) Resolved    [ ] 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my:
[ ] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [x] Child   [ ] Yes
2. Are you related by adoption?  [x] No
3. Did you gain permanent residence through adoption?  [ ] Yes  [x] No

## B. Information about you

1. Name (Family name in CAPS)   (First)   (Middle)
BRYANT   MAIMEY   230

2. Address (Number and Street) DUDLEY ST.   (Apartment Number)
230 HIGH POINT AVE   27260

(Town or City)   (State/Country)   (ZIP/Postal Code)
HIGH POINT N.C   27260

3. Place of Birth (Town or City)   (State/Country)
MONROVIA, LIBERIA   WEST AFRICA

4. Date of Birth (Mo/Day/Yr)   5. Sex   6. Marital Status
7/9/1983   [ ] Male [x] Female   [ ] Married [x] Single  [ ] Widowed [ ] Divorced

7. Other Names Used (including maiden name)

8. Date and Place of Present Marriage (if married)

9. Social Security Number   10. Alien Registration Number (if any)
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   A091158012

11. Names of Prior Husbands/Wives   12. Date(s) Marriages(s) Ended

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one):
- [ ] Birth in the U.S.
- [x] Naturalization (Give number of certificate, date and place it was issued)
- [ ] Parents
Have you obtained a certificate of citizenship in your own name?
[ ] Yes   [ ] No
If "Yes", give number of certificate, date and place it was issued

14a. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident? [ ] Yes [ ] No

## C. Information about your alien relative

1. Name (Family name in CAPS)   (First)   (Middle)
REEVES   MICHAEL   D

2. Address (Number and Street)   (Apartment Number)
x 16019 - 057

(Town or City)   (State/Country)   (ZIP/Postal Code)
F.C.I. Peterburg, PO Box 1000

3. Place of Birth (Town or City)   (State/Country)
PETERBURG VA   23804-1000

4. Date of Birth (Mo/Day/Yr)   5. Sex   6. Marital Status
5/4/70   70   [x] Male [ ] Female   [ ] Married [x] Single  [ ] Widowed [ ] Divorced

7. Other Names Used (including maiden name)

8. Date and Place of Present Marriage (if married)

9. Social Security Number   10. Alien Registration Number (if any)
x 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

11. Names of Prior Husbands/Wives   12. Date(s) Marriages(s) Ended

13. Has your relative ever been in the U.S.?
[x] Yes   [ ] No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94) Number   Date arrived (Month/Day/Year)
10A1 - 06191118B1   4-26-86
Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
I-94 or 95   form is Missing

15. Name and address of present employer (if any)

Date this employment began (Month/Day/Year)

16. Has your relative ever been under immigration proceedings?
[ ] Yes   [x] No   Where   When
[ ] Exclusion  [ ] Deportation  [ ] Rescission  [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | |
|---|---|---|---|---|---|
| | | Rec'd | Sent | Appr'd Denied | Returned |

Produced 05/22/2014 from USCIS' EDMS; Alien File No. 029892020
Form I-130 (Rev. 10/01/89) Y

Page 2   of 4

Produced 05/22/2014 from USCIS EDMS, Alien File No. 029892020

**16.** List husband/wife and all children of y____ ve (if your relative is your husband/wife, list only ____ or children).

| (Name) | (Date of Birth) | (Country of Birth) |

JAMEL  Gilbert  (SON)        April  1990       U.S.A

Micheal  DUKE  Reeves  SON  JAMEL

**17.** Address in the United States where your relative intends to live
(Number and Street)                              (Town or City)                    (State)
230 WINDLEY St.  HIGH POINT  N C  27260

**18.** Your relative's address abroad
(Number and Street)      (Town or City)      (Province)      (Country)      (Phone Number)
SINKOR  MONROVIA  Liberia

**19.** If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:
(Name)      (Number and Street)      (Town or City)      (Province)      (Country)

**20.** If filing for your husband/wife, give last address at which you both lived together:    From    To
(Name)  (Number and Street)  (Town or City)  (Province)  (Country)  (Month)  (Year)  (Month)  (Year)

**21.** Check the appropriate box below and give the information required for the box you checked:

☐ Your relative will apply for a visa abroad at the American Consulate in
(City)                    (Country)

☑ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at                                        If your relative is not eligible for adjustment of status, he or she will
(City)                    (State)

apply for a visa abroad at the American Consulate in  Charlotte  N.C.
(City)                    (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D.  Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before?  ☐ Yes    ☑ No
If "Yes," give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature  _Mainey  M. Bryant_  Date  8-31-91  Phone Number  886-8387

### Signature of Person Preparing Form if Other than Above

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _____  (Address) _____  (Signature) _____  (Date) _____

G-28 ID Number _____

Voleg Number _____

Produced 05/22/2014 from USCIS' EDMS; Alien File No. 029892020                    - Page 4     of 4

place of berth
Liberia
Monrovia

LIBR

· MAIMEY BRYANT
230 WINDLEY ST
HIGH POINT NC 27260-

MAIMEY BRYANT
230 WINDLEY ST
HIGH POINT NC 27260-

Produced 05/22/2014 from USCIS' ED    Alien File No. 029892020                    Page 1    of 16

706 Richland St.
High Point, N.C.
27260

(5) SRC 9201301031
Form I-130
Beneficiary: Reeves Michael D.

Dear Sir;

My name is Esther Mensah
Bull and I live at 706 Richland
St. High Point, N.C. I was born
on May 23, 1954 in Monrovia,
Liberia, West Africa.

I have know Michael all
his life. I was dating his Uncle
when he told me his niece Ms.
Mamey Bryant had to leave school
because she was pregnate with
Michael. I have been a member
of this family since 1967.

Thanks for your Cooperation

Sincerely yrs.,
Esther Bull

JACK W. KEEVER
NOTARY PUBLIC
GUILFORD COUNTY, N.C.
MY COMM. EXPIRES 10-7-94

DATE-
12-7-91

Produced 05/22/2014 from USCIS' EDMS; Alien File No. 029892020                    Page 1    of 18
JUNE09-000054

Produced 05/22/2014 from USCIS' EL... ; Alien File No. 029892020                    Page 8    of 16

Dec. 6, 1991

1000 5th St.
High Point, N.C.
27262

Dear Sir:

My name is Selena Bryant Wilson.
I was born in Grand Bassa County in
Monrovia, Liberia on Sept. 6, 1956. I am
the sister of Maimey Bryant and the aunt
of Michael D. Recue.

I heard about my sister's pregnancy
from our mother Lucy Bull Sodjie. Our
mother was then married to Mr. Ernest Q.
Sodjie. I was at Lott Carey Boarding
School in Brewerville, Liberia when
our mother came to tell me that my sister
Maimey Bryant was put out of high
school because she was pregnant. Our
mother was shaking and crying when she
told me this. I did not really cry while
she was telling me. I was fighting real
hard to be strong for mama. After we
left campus, I couldn't stop crying.
Produced 05/22/2014 from USCIS' EBMS, Alien File No. 029892020          Page 8    of 16
JUNE09-000081

dining hall for supper, neither did I eat the next day. Before mama left she looked up at me and said they were all looking up to me not to bring shame and disgrace to the family.

You see, Sir, in Liberia when you get pregnant while attending day school, you will have to leave and register at a night school, which is an adult school, meaning you are an adult now.

Our mother had to take Mainey from the city to live with my aunt across the bridge. It was a shame and disgrace at the for my family.

Mainey lived with Aunt Janietta Padmore until Michael was born. After he was born mama took Michael while Mainey went to night school. Michael live with our mother from birth till he came to the U.S.A in 1986 to visit Mainey.

I hope and pray that Michael be allowed to stay here in the State. If you deport him, he will not have

EXHIBIT 2

 Gmail

**Michael Reeves <marymary10023@gmail.com>**

---

## Update

**Be Blessed** <marymary10023@gmail.com>                    Wed, Oct 8, 2025 at 9:38 AM
To: "Tello, Jadira" <Jadira.Tello@sdcounty.ca.gov>
Cc: "Jordan P. Brewster" <jpbrewsterlaw@gmail.com>, "Lara, Omar" <Omar.Lara@sdcounty.ca.gov>, "Jimenez, Dahiana"
<Dahiana.Jimenez@sdcounty.ca.gov>, "Moreno, Janel" <Janel.Moreno@sdcounty.ca.gov>, "Sagaz, David"
<David.Sagaz@sdcounty.ca.gov>

Dear Jadira,

I hope you're doing well. I just wanted to let you know that I do not qualify for unemployment benefits. At this time, I am
not receiving any active benefits of any kind from New York State.

I have been working as a self-employed paralegal for nearly three decades, which unfortunately does not make me
eligible for unemployment assistance. My employment as lead paralegal and office manager at Glassman Law Office
under Attorney Brad Glassman ended before covid 19 even started.

Please let me know if you need any additional information.

Best regards,
Michael Reeves

[Quoted text hidden]

 Gmail

**Michael Reeves <marymary10023@gmail.com>**

---

## Update

**Tello, Jadira** <Jadira.Tello@sdcounty.ca.gov>                    Wed, Oct 8, 2025 at 11:50 AM
To: Be Blessed <marymary10023@gmail.com>
Cc: "Lara, Omar" <Omar.Lara@sdcounty.ca.gov>, "Jimenez, Dahiana" <Dahiana.Jimenez@sdcounty.ca.gov>, "Moreno, Janel" <Janel.Moreno@sdcounty.ca.gov>, "Sagaz, David" <David.Sagaz@sdcounty.ca.gov>

Good morning,

Even if you are not eligible to Unemployment benefits. You still must apply. It is one of the requirements for General Relief. You will just need to submit proof that you have applied for it. I am attaching more information on the unemployment requirements. Let us know if you have any questions.

[Quoted text hidden]

---

 **HHSA Program Guides - Public Site.pdf**
972K

DENIAL OF BENEFITS



Michael Reeves <marymary10023@gmail.com>

---

# Final Notice Before Federal Action – Formal Warning

**Tello, Jadira** <Jadira.Tello@sdcounty.ca.gov>                                    Fri, Oct 10, 2025 at 6:48 PM
To: Be Blessed <marymary10023@gmail.com>
Cc: "Moreno, Janel" <Janel.Moreno@sdcounty.ca.gov>, "Sagaz, David" <David.Sagaz@sdcounty.ca.gov>

Good afternoon,


We have denied your General Relief due to immigration status. If you disagree with our decision, please contact appeals at 619-237-8534. Your
CalFresh and Medi-Cal programs remain unchanged. Please see the attached Notice of Action for your General Relief application.


Thanks,


**Jadira Tello,** Program Specialist II

Self-Sufficiency Services – Program Support
County of San Diego Health & Human Services Agency
O: 619-338-2802 C: 619-851-4396 Mail Stop: W414


***HHSA Self-Sufficiency Services values your opinion!*** *Please click on the link to complete a* *1 minute Customer Service Experience*
*Survey.*



[Quoted text hidden]

---



📄 **11-43 HHSA_ Notice of Denial English.pdf**
288K

County of San Diego
Health and Human Services Agency

## NOTICE OF DENIAL OF GENERAL RELIEF ASSISTANCE

YOUR FAMILY RESOURCE CENTER ADDRESS IS:

- ☐ 220 S. First St, El Cajon 92019
- ☑ 1255 Imperial Ave, San Diego 92101
- ☐ 3708 Ocean Ranch Blvd, Oceanside 92056
- ☐ 690 Oxford Street, Suite E, Chula Vista 91911
- ☐ 649 West Mission Avenue, #3, Escondido 92025

**Date** 10/10/2025

**Case Name** Michael Reeves

**Case Number** 1C66798

**HSS Name** A. Arellano

**HSS Number** 37ES09FD0A

**Telephone Number** (619)540-8738

Michael Reeves

1150 Washington St. STE 117

San Diego, CA 92103

**Living Situation:**

☑ Alone    ☐ Shared
                    # in Household _____
☐ Couple    ☐ Other

Your application for General Relief, dated 10/01/2025 _____, has been denied because you:

- ☐ Do not have acceptable proof of residency. (GRPG 90-200.1)
- ☐ Do not have acceptable proof of identification. (GRPG 90-150.1)
- ☐ Have excess income this month. (GRPG 90-400; 90-500.5.H)
- ☐ Have excess property. (GRPG 90-300)
- ☐ Were fired or quit a job in the last 30 days. (GRPG 90-700.5)
- ☐ Do not agree to comply with the employable program requirements. (GRPG 90-100.3.D)
- ☐ Failed to provide _____
  _____ (GRPG 90-                    )
- ☐ Are in a penalty period because you:
  - ☐ Failed to attend _____ (GRPG 90-                    )
  - ☐ Failed to make the required _____ employment contacts by _____ (GRPG 90-        )
- ☑ Other: ineligible noncitizen
  (GRPG 90- 200.3                    )

The reasons for this action are:

you are not an eligible noncitizen.
_____
_____
_____
_____
_____
_____
_____
_____

### GRANT DETERMINATION

**Income:**
| | |
|---|---|
| Gross Earnings | $ _____ |
| Deductions | - $ _____ |
| Net Earnings | = $ _____ |
| Other Income | |
| _____ | + $ _____ |
| _____ | + $ _____ |
| Net Income | = $ _____ |

**Need:**
| | |
|---|---|
| Basic Rate | $ _____ |
| Net Income | - $ _____ |
| Grant Amount | $ _____ |
| Overpayment Adjustment | - $ _____ |
| **Total Grant Amount** | **= $ _____** |

*SEE IMPORTANT NOTICE ON REVERSE*
11-43 HHSA GR NOTICE OF DENIAL (04/24)

## WHAT YOU CAN DO ABOUT DENIAL OF GENERAL RELIEF ASSISTANCE

THE LAST DAY YOU MAY REQUEST <u>A COUNTY HEARING ON THIS ACTION</u> IS 10 DAYS AFTER THE EFFECTIVE DATE OF THIS ACTION.  YOUR HUMAN SERVICES SPECIALIST (HSS) CAN HELP YOU ASK FOR A HEARING.

TO ASK FOR A COUNTY HEARING ABOUT YOUR DENIAL, WRITE OR CALL THE GR CALENDAR CLERK AT THE HHSA APPEALS SECTION: GENERAL RELIEF CALENDAR CLERK
<div style="margin-left:4em">

1255 IMPERIAL AVENUE, SUITE 300
SAN DIEGO, CA 92101
TELEPHONE: (619) 237-8534
</div>

IF YOU ASK FOR A COUNTY HEARING, YOU HAVE THE RIGHT TO LOOK AT YOUR FILE, LOOK AT THE RULES THE COUNTY USED IN YOUR CASE, BRING WITNESSES, TELL YOUR SIDE OF THE CASE, CROSS-EXAMINE THE COUNTY'S WITNESSES AND HAVE SOMEONE REPRESENT YOU AT THE HEARING.  FOR FREE LEGAL ASSISTANCE, CALL THE LEGAL AID SOCIETY AT (877) 534-2524.

YOU MUST BE ON TIME FOR THE HEARING.  IF YOU ARE MORE THAN 15 MINUTES LATE, YOU MAY LOSE YOUR CASE.  IF YOU CANNOT ATTEND YOUR HEARING, YOU MUST CALL THE GR CALENDAR CLERK TO POSTPONE YOUR HEARING.

---

## IF YOU HAVE AN OUTSTANDING WARRANT

**PERSONS IDENTIFIED AS HAVING AN OUTSTANDING WARRANT ARE NOT ELIGIBLE TO GENERAL RELIEF BASED ON SECTION 257.1 OF THE COUNTY ADMINISTRATIVE CODE.**

WARRANTS MUST BE CLEARED AND PROOF BROUGHT TO THE HEALTH AND HUMAN SERVICES AGENCY.  <u>PROOF IS COURT PAPERS OR THE COMPLETION OF THE BOX BELOW BY COURT STAFF.</u>

***TO HELP CLEAR OUTSTANDING WARRANTS TAKE THIS NOTICE WITH YOU TO THE COURT. COURTS ARE LOCATED AT:*** 1100 UNION ST, SAN DIEGO 92101; 325 S. MELROSE DR, VISTA 92081; 500 3RD AVE, CHULA VISTA 91910; 250 E. MAIN ST, EL CAJON 92020 AND TRAFFIC COURT AT 8950 CLAIREMONT MESA BLVD, SAN DIEGO 92123

**SSN**_____          **DOB**_____

**WARRANT #**_____          **ISSUE DATE**_____

---

**FOR COURT USE**

☐ **WARRANT CLEARED**_____

**DATE**

**OFFICIAL STAMP & INITIALS**_____

---

EXHIBITS 3



This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
       Social Security Administration
       P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

**Social Security Administration**
Form SSA-3000 (08-2011)

H23584029

EAD

10/10/25, 10:25 PM    Case 2:25-cv-09818-FWS-DFM    Document 1    Filed 10/11/25    Page 39 of 45   Page ID
#:39
EAD-Approval card notice

**Please Read This Notice.** It has important information. We also recommend that you keep this notice for your records.



U.S. Citizenship
and Immigration
Services

**Your Application Has Been Approved.**

Here is your new card. The expiration date is shown on the front.

### Please Check Your Card to Verify That the Information Is Correct.

If any information on this card is missing or incorrect, please call the USCIS Contact Center (UCC) at **1-800-375-5283** or check our Website at www.uscis.gov for instructions.

### Please Protect Your Card.

### Additional Information About Your Card

U.S. Citizenship and Immigration Services (USCIS) issues several kinds of cards for different purposes. Please read the information in this notice on how to use your card. If you are 18 years of age or older, you are required to carry your Employment Authorization Document or Permanent Resident Card or other proof of alien registration in the United States with you at all times so it is available when needed. If you received a Permanent Resident Card or Combination Employment Authorization and Advance Parole Card (combo card), you should take it with you when you travel outside the United States so you can show it to a Customs and Border Protection (CBP) Officer upon your return to a U.S. port of entry. If you forget to take your card or lose it while traveling outside the United States, contact the nearest U.S. Embassy or consulate for travel assistance.

### Permanent Resident Card

Your card has an expiration date.

- If you are a conditional resident, you should apply to remove the conditions 90 days before your card expires.

- If you are a permanent resident, the expiration date does not affect your status, but you should use Form I-90, Application to Replace Permanent Resident Card, to apply for a new card as early as 6 months before your card expires.

As a permanent resident, you should be aware that:

- If your card is lost, stolen, or becomes damaged, or your name or other information shown on your card changes, use Form I-90 to apply for a new card.

- If you are going to travel and believe you may be outside the United States for a year or more, you should apply for a reentry permit. You must be physically present in the United States when you file the reentry permit application and complete the biometrics services requirement. See Form I-131, Application for Travel Document, for information.

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | | APPLICATION/PETITION/REQUEST NUMBER | | NOTICE DATE 10/11/2019 |
| --- | --- | --- | --- | --- |
| | | MSC2090026082 | | |
| CASE TYPE I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | | SOCIAL SECURITY NUMBER | USCIS A# | CODE 2 |
| ACCOUNT NUMBER | | TCR | NBC | PAGE 1 of 1 |

MICHAEL DUKE REEVES
c/o MICHAEL D REEVES
2128 GLEBE AVE APT 2
BRONX NY 10462

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
| --- | --- |
| USCIS BRONX 1827 Westchester Avenue Bronx NY 10472 | DATE AND TIME OF APPOINTMENT 10/29/2019      03:00PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586.



BIOMETRICS PROCESSING STAMP
ASC SITE CODE _____
BIOMETRICS QA REVIEW BY _____
ON _____
TENPRINT QA REVIEW BY _____
ON _____

APPLICATION NUMBER
I765 - MSC2090026082



**If you have any questions regarding this notice, please call 1-800-375-5283.**

**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

**If this is an interview or biometrics appointment notice, please see the back of this notice.**

**THE UNITED STATES OF AMERICA**

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number MSC2090026082 | USCIS Account Number | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date 09/23/2019 | Priority Date | Applicant ▇▇▇▇▇▇ MICHAEL DUKE REEVES |
| Notice Date 12/23/2019 | Page 1 of 1 | |

MICHAEL DUKE REEVES
c/o MICHAEL D REEVES
2128 GLEBE AVE APT 2
BRONX  NY  10462

**Notice Type:** Approval Notice
Class: C18

**We have approved your application for employment authorization.** We will send your Employment Authorization Document (EAD) (also known as an EAD card or Form I-766) to you separately.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

If You Have a Pending Form I-485

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002



**Customer Service Telephone: 800-375-5283**

# ADDITIONAL INFORMATION FOR APPLICANT/PETITIONER

Please save this Form I-797, Notice of Action (approval notice) for your records. Please note that simply filing an application, petition or request, or having an approved petition does not give the person it was filed for (also known as the beneficiary) permission to legally enter the United States. It also does not grant any legal immigration status.

**Include a copy of this notice if you:**

- Write to USCIS or a U.S. Consulate about your case or

- File another application or petition with USCIS based on this decision.

USCIS will notify you separately about any other applications or petitions you have filed.

**Inquiries**

If you have questions about your application or petition, you may:

- Go to https://egov.uscis.gov/casestatus to check your case status online.

- Call the National Customer Service Center at 1-800-375-5283.

- Telecommunications Device for the Deaf (TDD): 1-800-767-1833.

- Send us a letter and include a copy of this notice.

- Schedule an appointment at a local USCIS office using InfoPass at https://infopass.uscis.gov.

If you filed Form I-907, Request for Premium Processing Service, and you have any questions about your application or petition, please follow the instructions for contacting the Premium Processing Unit printed on the receipt notice we mailed you.

## APPROVAL OF A NONIMMIGRANT PETITION

If we approved a nonimmigrant petition, it means that the beneficiary is eligible for the requested nonimmigrant classification. If this notice says that we are notifying a U.S. Consulate about the approval for the purpose of issuing a visa, contact the appropriate U.S. Consulate directly if you or the beneficiary has questions about the process.

## APPROVAL OF AN IMMIGRANT PETITION

An approved immigrant petition does not grant any legal immigration status or guarantee that the beneficiary will receive a visa or an adjustment of status. The approved petition means the beneficiary can:

- Apply for an immigrant or fiancé(e) visa if he or she is outside the United States, or

- Apply for adjustment of status as a permanent resident if he or she is already in the United States.

If this notice states we approved your immigrant petition and forwarded it to the National Visa Center (NVC), the NVC will directly contact the beneficiary with information about how to apply for a visa. If any changes occur that could affect visa eligibility, visit the NVC website at http://nvc.state.gov/ask to find contact information and a public inquiry form.

For more information about obtaining Lawful Permanent Residence status and a Green Card, visit our website at www.uscis.gov.

# IMPORTANT INFORMATION – SAVE THIS NOTICE

Use this tear-off portion to speed your application for an extension or replacement card.

A#   029-892-020

REEVES MICHAEL DUKE
MICHAEL D REEVES
2128 GLEBE AVE APT 2
BRONX, NY 10462-0000

RECEIPT #  MSC2090026082

* M S C 2 0 9 0 0 2 6 0 8 2 *



* 1 A 0 8 *

CARD #  1A041936222348

* 1 A 0 4 1 9 3 6 2 2 2 3 4 8 *

## Help USCIS Serve You Better

We recommend that you keep this notice for your records.  It has important information.

The tear-off portion of this notice can help speed your application for an extension or replacement card.  When you file for another card, we recommend you attach the tear-off portion to your completed application.

# USED CAR DEALER LICENSE

LT-421 REV 01/22

# STATE OF NORTH CAROLINA
## DIVISION OF MOTOR VEHICLES

THE COMMISSIONER OF MOTOR VEHICLES OF THE STATE OF NORTH CAROLINA HEREBY CERTIFIES THAT PURSUANT TO CHAPTER 1243, SESSION LAWS OF 1955, THE BELOW NAMED PERSON OR FIRM HAS BEEN LICENSED AS A MOTOR VEHICLE DEALER TO ENGAGE IN THE BUSINESS OF SELLING MOTOR VEHICLES UNTIL NOVEMBER 30, 2025.

| LICENSE NUMBER | WHOLESALER-EXP 11/30/2025 | DATE ISSUED |
|---|---|---|
| 0080197 | | NOVEMBER 14, 2024 |

CAR ZONE
717 GREEN VALLEY RD SUITE 200
GREENSBORO, NC 27408-2156

GUILF

INDIVIDUAL
INDEPENDENT

IN TESTIMONY WHEREOF, HIS NAME IS HEREUNTO SUBSCRIBED AT RALEIGH, THE DAY AND YEAR SET OPPOSITE THE LICENSE NUMBER ABOVE.

Wayne Goodwin

COMMISSIONER OF MOTOR VEHICLES